# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **NURALI OCHILOV,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DR. SCARLET GRANT,** | ) | **Case No. CIV-26-526-R** |
| **Warden, Cimarron** | ) | |
| **Correctional Facility, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

## ORDER TO CURE DEFICIENCIES

The Court has received the habeas corpus petition filed by counsel Vano Haroutunian on behalf of Petitioner. Doc. 1. Counsel also moves to be admitted to this Court pro hac vice. *See* Doc. 5.

It appears counsel is not a resident of and does not maintain an office in Oklahoma. "It is the responsibility of local counsel appearing in any civil case to file the motion of the non-resident attorney to be admitted pro hac vice and to certify in the motion that the non-resident attorney is a member in good standing of the bar of the highest court of the state where the non-resident attorney resides or is licensed." LCvR 83.3(b).

Mr. Haruoutunian has entered an appearance in this proceeding, Doc. 4, but as a nonresident he is required to comply with LCvR83.3(a), which requires association with local counsel. And he cannot move for pro hac vice admission

as a nonresident unless he obtains relief from the local counsel requirement pursuant to LCvR83.3(c).

Counsel must associate with local counsel or seek waiver of the local counsel requirement under LCvR83.3(c). If counsel associates with local counsel, local counsel must file the motion for pro hac vice admission. If Counsel seeks and obtains waiver of the local counsel requirement, he may move for pro hac vice admission.

Petitioner also has not submitted an in forma pauperis motion and/or paid the $5.00 filing fee.

Counsel is instructed to cure these deficiencies by **April 8, 2026,** or the Court will deny his pending motion for pro hac vice admission and he will be deemed withdrawn as counsel for Petitioner in this action. Failure to comply with this Order may also result in the Court dismissing this action.

**SO ORDERED** this 2nd day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE